```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 08349
    DAVID WALDEN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4739

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/09/2005 and was confirmed 05/04/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL NE   NOTICE ONLY    NOT FILED              .00              .00
HOMECOMINGS FINANCIAL      CURRENT MORTG        .00              .00              .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE     953.10              .00           953.10
DUTTON & DUTTON            NOTICE ONLY    NOT FILED              .00              .00
AMOCO                      UNSEC W/INTER  NOT FILED              .00              .00
CITIBANK NA                UNSEC W/INTER    2876.19           160.83          2367.68
CITI CARD                  NOTICE ONLY    NOT FILED              .00              .00
CITI CARDS                 UNSEC W/INTER  NOT FILED              .00              .00
ACADEMY COLLECTION SERVI   NOTICE ONLY    NOT FILED              .00              .00
RESURGENT ACQUISITION LL   UNSEC W/INTER     945.19            52.87           778.08
ALLIED INTERSTATE          UNSEC W/INTER  NOT FILED              .00              .00
SEARS PAYMENT CENTER       NOTICE ONLY    NOT FILED              .00              .00
RESURGENT ACQUISITION LL   NOTICE ONLY    NOT FILED              .00              .00
SPRINT                     UNSEC W/INTER  NOT FILED              .00              .00
UNIVERSITY OF IL HOSPITA   UNSEC W/INTER  NOT FILED              .00              .00
RESURGENT ACQUISITION LL   UNSEC W/INTER     565.15            31.57           465.23
SHERMAN ACQUISITION LLC    UNSEC W/INTER        .00              .00              .00
DENNIS G KNIPP             ATTORNEY             .00              .00              .00
DENNIS G KNIPP             DEBTOR ATTY     2,100.00                           2,100.00
TOM VAUGHN                 TRUSTEE                                              387.95
DEBTOR REFUND              REFUND                                                  .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             7,297.31

PRIORITY                                      .00
SECURED                                    953.10
UNSECURED                                3,610.99
    INTEREST                              245.27

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 08349 DAVID WALDEN
```

```
ADMINISTRATIVE                                             2,100.00
TRUSTEE COMPENSATION                                         387.95
DEBTOR REFUND                                                   .00
                                    ---------------   ---------------
TOTALS                                     7,297.31          7,297.31
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/05/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```